UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:13 CR 143 CDP-20 |
| | ) | |
| DENVER CARROLL, III, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on defendant Denver Carroll, III's motion for severance. Pursuant to 28 U.S.C. § 636(b), the motion was referred to United States Magistrate Judge Nannette A. Baker. A evidentiary hearing was held on October 29, 2013, and thereafter Judge Baker filed her Report and Recommendation regarding the defendant's motion. No objections have been filed and after careful consideration, I will adopt and sustain the thorough reasoning of Magistrate Judge Baker set forth in support of her recommended rulings issued on November 18, 2013.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#452] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant Denver Carroll, III's

motion for severance [#269] is denied.

**IT IS FURTHER ORDERED** that the **plea and or status hearing as to defendant Denver Carroll, III, is set for <u>Wednesday, January 22, 2014 at 3:00 p.m.</u>** in Courtroom 14-South.  Mr. Carroll and his attorney are required to be present.

                                                  CATHERINE D. PERRY
                                                  UNITED STATES DISTRICT JUDGE

Dated this 17th day of December, 2013.